FILED

2004 JAN 20  P 12: 30

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
at HARTFORD

| | |
|---|---|
| RAYMOND PASZKOWSKI<br>　　Plaintiff | : CIVIL ACTION NO. 3 03 00717 (WWE)<br>: |
| VS. | :<br>: |
| PHILIP KIRPAS, ET AL<br>　　Defendants | :<br>: JANUARY 15, 2004 |

### DEFENDANT PHILIP KIRPAS' MOTON FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure the defendant, Philip Kirpas, hereby moves for a judgment in his favor on the pleadings on the grounds that the claims against him fail are void ab initio. This argument is more fully set forth in the attached Memorandum of Law filed simultaneously herewith.

DEFENDANT: PHILIP KIRPAS

By____[signature]____
PATTY G. SWAN
**Gordon, Muir & Foley, LLP**
Federal bar No. ct15656

## CERTIFICATION

This is to certify that a copy of the foregoing, together with the attached memorandum of law, was mailed certified mail to the following counsel of record on January 15, 2004.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
PATTY G. SWAN