FILED

2004 JAN 14 P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
at HARTFORD

03CV717MOTMISC

| | |
|---|---|
| RAYMOND PASZKOWSKI<br>Plaintiff | : CIVIL ACTION NO. 3 03 00717 (WWE) |
| VS. | |
| PHILIP KIRPAS, ET AL<br>Defendants | : JANUARY 9, 2004 |

## MOTION FOR PERMISSION TO SERVE SECOND SET OF INTERROGATORIES

In accordance with the Federal Rules of Civil Procedure, the local rules and the parties Form 26(f) report, the defendants request permission of the court to serve a second set of interrogatories on the plaintiff in this matter.

The defendants represent that on September 4, 2003, they served on the plaintiff a First Set of Interrogatories limited in number to twenty-five. See Exhibit A, attached hereto and incorporated herein. This complaint arises out of an incident that occurred on November 22, 2000. The plaintiff claims he was violently beaten during a lawful arrest and that his Fourth and Fourteenth Amendment rights were violated. The plaintiff also claims injury including a fractured pelvis from the incident. As a result of the issues involved and the damages alleged, the limitation imposed on the number of interrogatories allowable prevents the defendants from fully addressing by way of interrogatories all of the issues presented in the plaintiff's complaint. The use of interrogatories beyond 25 in number will only serve to narrow the issues in this matter and shorten the time period needed to question plaintiff at his deposition.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS No. 24029

*Motion GRANTED*