FILED

2004 JAN 26 P 1:30

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
at BRIDGEPORT

| | |
|---|---|
| RAYMOND PASZKOWSKI<br>Plaintiff | : CIVIL ACTION NO. 3 03 00717 (WWE)<br>: |
| VS. | :<br>:<br>: |
| PHILIP KIRPAS, ET AL<br>Defendants | :<br>: JANUARY 23, 2004 |

## MOTION FOR ORDER COMPELLING DISCOVERY

In accordance with the Federal Rule of Civil Procedure 37(a) and the local rules, the defendants move for an order of the court compelling the plaintiff to respond fully and provide complete documentation to 10 discovery requests contained in the defendant's First Set of Discovery served on him on or about September 4, 2003 and to provide the defendant with a fully executed medical authorization and a damage analysis. A memorandum of law in support of such motion is attached hereto an incorporated herein pursuant to Local Rule 9(a).

The undersigned counsel and counsel for the plaintiff conferred through correspondences dated January 8, 2004 and January 14, 2004. There was a good faith effort on part of the defendants through counsel to obtain the information requested (as there was no objection posed to the questions asked) and a good faith effort to reach an agreement. However, the parties through counsel were unable to reach an agreement as to sufficiency of the plaintiff's responses. Out of the 13 claimed deficiencies, 9 requests need the intervention of the court. The affidavit required

pursuant to Federal Rule 37(a) and Local Rule 9(d) is filed simultaneously herewith.

                                            **DEFENDANTS:**

BY: *(signature)*
**PATTY G. SWAN**
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. CT15656

## CERTIFICATION

This is to certify that a copy of the foregoing together with the attached memorandum of law was mailed to the following counsel of record certified on January 23, 2004:

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Clerk of Court
U.S.D.C. at Bridgeport
915 Lafayette Boulevard
Bridgeport, CT  06604

*[signature]*
PATTY G. SWAN