FILED

2004 JAN 26  P 1:30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
at HARTFORD

| | |
|---|---|
| RAYMOND PASZKOWSKI<br>Plaintiff | : CIVIL ACTION NO. 3 03 00717 (WWE)<br>:<br>: |
| VS. | :<br>: |
| PHILIP KIRPAS, ET AL<br>Defendants | :<br>: JANUARY 23, 2004 |

### AFFIDAVIT RE: DEFENDANT'S MOTION FOR PERMISSION TO SERVE DISCOVERY

In accordance with Local Rule 9(d), the undersigned being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am an associated attorney with Gordon, Muir & Foley, and represent the defendants in this action.

3. On or about September 4, 2003, the defendants served on the plaintiff their first set of discovery requests.

4. Plaintiff requested an extension of time to respond to the discovery until December 3, 2003.

5. Sometime after December 12, 2003, the defendants received the plaintiff's discovery responses.

6. By correspondence dated January 8, 2004, counsel for the defendants wrote to counsel for the plaintiff regarding the plaintiff's responses.

5. Counsel for the defendants clearly outlined what was requested to comply with the discovery.

6. By way of correspondence dated January 14, 2004, the plaintiff through his counsel provided amended responses.

7. Accordingly, the parties have in good faith attempted to reach an agreement concerning the defendants' discovery and plaintiff's responses thereto.

8. Counsel were unable to reach an agreement concerning 9 of the defendants' request without the intervention of the court.

Dated in Hartford, Connecticut, on January 23, 2004.

_____
PATTY G. SWAN

Personally appeared before me, PATTY G. SWAN, and made an oath to the truth of the matters contained herein before me this 23rd day of January, 2004.

_____
Commissioner of the Superior Court