FILED

2004 JAN 30 P 12: 15

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND PASZKOWSKI,<br>Plaintiff | : <br>: 3:03CV00717(WWE)<br>: |
| VS. | :<br>: |
| PHILIP KIRPAS, ET AL.,<br>Defendant | :<br>: JANUARY 28, 2004 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR ORDER COMPELLING DISCOVERY

The Plaintiff requests that this court deny the January 23, 2004, motion for order compelling discovery insofar as the plaintiff has made a good-faith attempt to comply with discovery. In fact, discovery has not yet evolved to the point of the plaintiff's deposition being taken. Subsequent to the motion for an order compelling discovery being filed, the defendants did notice the plaintiff's deposition. This court may wish to revisit the order compelling discovery after the deposition of Raymond Paszkowski takes place. As the defendants will learn, Mr. Paszkowski has an impaired ability to recall events.

As to the suggestion that plaintiff's counsel has been anything other than forthcoming in this case, the fact of the matter is we simply do not have in our possession the file from a prior lawsuit filed by Mr. Paszkowski. Mr. Paszkowski has

1

timely responded to interrogatory requests. The defendants have thus far rejected this suggestion by plaintiff's counsel that a deposition might be the proper way to proceed.

For all of the reasons stated above, the plaintiff requests that this court defer moving on the motion for order compelling discovery until such time as Mr. Paszkowski's deposition has taken place. At that time, the court can then determine whether there has been any sort of willful or deliberate attempt to frustrate the discovery.

                                          THE PLAINTIFF
                                          RAYMOND PASZKOWSKI

BY _____
    NORMAN A. PATTIS
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone: (203) 562-9931
    Fed Bar No. 13120
    His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Patty G. Swan
Gordon, Muir & Foley LLP
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106

_____
NORMAN A. PATTIS