FILED

2004 JAN 20 P 12: 30

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
at HARTFORD

RAYMOND PASZKOWSKI : CIVIL ACTION NO. 3 03 00717 (WWE)
Plaintiff :
:
VS. :
:
:
PHILIP KIRPAS, ET AL :
Defendants : JANUARY 15, 2004

### DEFENDANT PHILIP KIRPAS' MOTON FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure the defendant, Philip Kirpas, hereby moves for a judgment in his favor on the pleadings on the grounds that the claims against him fail are void ab initio. This argument is more fully set forth in the attached Memorandum of Law filed simultaneously herewith.

DEFENDANT: PHILIP KIRPAS

By_____
PATTY G. SWAN
**Gordon, Muir & Foley, LLP**
Federal bar No. ct15656

Motion GRANTED
United States District Judge 2/24/04

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029