*held 2/24/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 24, 2004

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-03-cv-717**    **Pazkowski v. Kirpas**

---

Norman A. Pattis
Williams & Pattis          *by phone*
51 Elm St., Ste 409
New Haven, CT 06510


Patty G. Swan
Gordon, Muir & Foley       *in person*
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK