UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI

      v.                                3:03CV717 WWE

PHILIP KIRPAS. WILLIAM KESBARIAN,
RYAN O'CONNEL and EDWARD DOBBINS

PARTIAL JUDGMENT

This action came on before the Honorable Warren W. Eginton, Senior United States District Judge as a result of defendant Philip Kirpas motion for judgment.   After reviewing the papers submitted in connection with the motion, the Court granted the motion in an endorsement on February 25, 2004.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for defendant Philip Kirpas only.

Dated at Bridgeport, Connecticut, this 26th day of February, 2004.

KEVIN F. ROWE, Clerk

By ____/s/_____
               Chrystine W. Cody
               Deputy-in-Charge

Entered on Docket_____