Held
5-6-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 6, 2004

9:00 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03-cv-717 (WWE)**     **Pazkowski v. Kirpas**

Norman A. Pattis
Williams & Pattis             203-562-9931
51 Elm St., Ste 409
New Haven, CT 06510


Patty G. Swan
Gordon, Muir & Foley          860-525-5361
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK

Aug. SC
Parties will file motion for extension of discovery deadlines