UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI,
Plaintiff

VS.    CIVIL NO.3:03CV00717(WWE)

PHILIP KIRPAS,
WILLIAM KESBARIAN,
RYAN O'CONNEL AND
EDWARD DOBBINS
Defendants    JUNE 8, 2004

## FORM 26(f)
## REVISED REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a status conference was held on May 6, 2004 before Judge Eginton. The participants were Norman A. Pattis for the plaintiff and Patty G. Swan for the defendants. Pursuant to the order of the court, the parties provide this revised report pertaining to the Case Management Plan:

F. DISCOVERY

1. The parties anticipate that discovery will be needed on the following subjects: the force used at the time of the arrest, the defendants' familiarity with the plaintiff, the plaintiff's prior claim against a supervising officer of the Shelton Police Department and the extent of injuries to the plaintiff.

2. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by June 1, 2003, and completed (not propounded) by August 30, 2004.

3. Discovery will not be conducted in phases.

4. Discovery will be completed by August 30, 2004.

5. The parties anticipate that the plaintiff will require a total of three depositions of fact witnesses and the defendant will require a total of five depositions of fact witnesses. The depositions will commence by June 1, 2003, and be completed by August 30, 2004.

6. The parties may request permission to serve more than twenty-five interrogatories.

7. Plaintiff does not intend to call expert witnesses at trial.

8. Defendants may call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by August 1, 2004, a date not later than one month before the deadline for completing all discovery. Depositions of such experts will be completed by August 30, 2004, a date not later than the discovery cutoff date.

9. A damages analysis will be provided by any party who has a claim or counterclaim for damages by July 1, 2004.

G. DISPOSITIVE MOTIONS:

Dispositive motions will be filed on or before September 3, 2004.

H. JOINT TRIAL MEMORANDUM

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by October 1, 2004 or thirty days after any ruling on dispositive motions, which ever is later.

IV. TRIAL READINESS

The case will be ready for trial by November 1, 2004.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS
Federal Bar No. ct13120
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
HIS Attorney

Date: 6.11.04

THE DEFENDANTS

BY: _____
PATTY G. SWAN
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. ct15656

Date: 6/8/04