27

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI,
Plaintiff

VS.                                             CIVIL NO.3:03CV00717(WWE)

PHILIP KIRPAS,
WILLIAM KESBARIAN,
RYAN O'CONNEL AND
EDWARD DOBBINS
Defendants                                      JUNE 8, 2004

**FORM 26(f)**
**REVISED REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a status conference was held on May 6, 2004 before Judge Eginton. The participants were Norman A. Pattis for the plaintiff and Patty G. Swan for the defendants. Pursuant to the order of the court, the parties provide this revised report pertaining to the Case Management Plan:

F. DISCOVERY

1. The parties anticipate that discovery will be needed on the following subjects: the force used at the time of the arrest, the defendants' familiarity with the plaintiff, the plaintiff's prior claim against a supervising officer of the Shelton Police Department and the extent of injuries to the plaintiff.

2. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by June 1, 2003, and completed (not propounded) by August 30, 2004.

3. Discovery will not be conducted in phases.

4. Discovery will be completed by August 30, 2004.

Report Approved.
Discovery cutoff date Aug. 30, 2004
Dispositive Motions due by Sept. 30, 2004
SO ORDERED 6/29/2004
Warren W. Eginton, Sr. U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS No. 24029