Report Approved.
Discovery cutoff date 12/1/04
Dispositive Motions due by 12/15/04
SO ORDERED:
10/28/04
Warren W. Eginton, Sr. U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI,
    Plaintiff

VS.

PHILIP KIRPAS,
WILLIAM KESBARIAN,
RYAN O'CONNEL AND
EDWARD DOBBINS
    Defendants

CIVIL NO.3:03CV00717(WWE)

SEPTEMBER 9, 2004

FORM 26(f)
**REVISED REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a status conference was held on September 8, 2004 before Judge Eginton. The participants were Katrina Engstrom for the plaintiff and Patty G. Swan for the defendants. Pursuant to the order of the court, the parties provide this revised report pertaining to the Case Management Plan:

F. DISCOVERY

1. The parties anticipate that discovery will be needed on the following subjects: the force used at the time of the arrest, the defendants' familiarity with the plaintiff, the plaintiff's prior claim against a supervising officer of the Shelton Police Department and the extent of injuries to the plaintiff.

2. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by December 1, 2004.

3. Discovery will not be conducted in phases.

4. All depositions of fact witnesses have been completed.

5. Plaintiff does not intend to call expert witnesses at trial.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361       FACSIMILE (860) 525-4849       JURIS No. 24029