UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 JAN -5  P 4:19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PASZKOWSKI,

v.

3:03cv717(WWE)

KIRPAS, ET AL.

### PRETRIAL ORDER

This case is scheduled to begin trial the week of March 28, 2005. Jury selection will occur on MARCH 28, 2005. BY MARCH 14, 2005, each party shall exchange and file with the Court, in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this JANUARY 4, 2005 at Bridgeport, Connecticut.

Warren W. Eginton
Senior U.S. District Judge