**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**At Bridgeport**

|  |  |  |
|---|---|---|
| | : | |
| RAYMOND PASZKOWSKI, | : | CIVIL NO.: |
| Plaintiff | : | 3:03cv00717  (WWE) |
| | : | |
| VS. | : | |
| | : | |
| PHILIP KIRPAS, | : | |
| WILLIAM KESBARIAN, | : | MARCH 14, 2005 |
| RYAN O'CONNEL and | : | |
| EDWARD DOBBINS, | : | |
| Defendants | : | |
| | : | |

## <u>A P P E A R A N C E</u>

To:    Clerk, U.S. District Court
       915 Lafayette Boulevard
       Bridgeport, CT 06604

Please enter my Appearance in the above-entitled action as Counsel for the **Defendants, Philip Kirpas, William Kesbarian, Ryan O'Connel and Edward Dobbins,** in addition to the appearance of any other counsel of record for said defendants.

Dated at Hartford this 14th day of March, 2005.

DEFENDANTS:


By:_____
      MICHAEL C. CONROY
      Gordon, Muir & Foley, LLP
      10 Columbus Boulevard
      Hartford, CT  06016
      (860) 525-5361
      Fed. Bar No. ct22254


## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed to the following counsel of record on this 14th day of March, 2005:


Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT  06524

_____
      MICHAEL C. CONROY

::ODMA\PCDOCS\DOCS\387839\1