UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

| | |
|---|---|
| RAYMOND PASZKOWSKI, <br>     Plaintiff <br><br> VS. <br><br> PHILIP KIRPAS, <br> WILLIAM KESBARIAN, <br> RYAN O'CONNEL and <br> EDWARD DOBBINS, <br>     Defendants | CIVIL NO.: <br> 3:03cv00717 (WWE) <br><br><br><br> SEPTEMBER 6, 2005 |

## MOTION FOR CONTINUANCE

    NOW COME Defendants, by and through counsel, and hereby move for a Continuance of Trial in this matter. The above-referenced matter has been set down for trial commencing the week of September 12, 2005. Jury selection is to commence on September 12, 2005 with evidence thereafter.

    Defense counsel undersigned has recently been informed that Defendant Officer Ryan O'Connell was involved in a very serious motor vehicle accident on July 13, 2005, in which he

*ORAL ARGUMENT NOT REQUESTED*
*TESTIMONY NOT REQUIRED*

sustained life threatening injuries. See attached New Haven Register article regarding the accident. He is currently homebound indefinitely, and unable to drive. Therefore, he will not be able to attend the trial of this matter. He can provide medical documentation to the court if the court so requires.

Undersigned counsel has conferred with plaintiff's counsel Attorney Pattis, who consents to an extension of the trial date.

Officer O'Connell is expected to be medically cleared to participate in the trial of this matter by early November, 2005.

DEFENDANTS

By: _____
MICHAEL C. CONROY
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06016
(860) 525-5361
Fed. Bar No. ct22254

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed and via-facsimile to the following counsel of record on this 6th day of September, 2005:

Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT  06524

MICHAEL C. CONROY

::ODMA\PCDOCS\DOCS\401338\1

# New Haven Register.com

07/14/2005

## Shelton cop injured in crash
## Head-on collision on Rt. 8 leaves sergeant in critical condition

Sarah W. Walker, Register Staff

A Shelton police sergeant was in critical condition at Bridgeport Hospital after his car was struck head-on in Trumbull car crash Wednesday while he was driving home from work after a night shift.

Sgt. Ryan O'Connell, 32, of Bridgeport, was southbound on Route 8 between exits 10 and 11 at about 8:30 a.m. when another struck him head-on, authorities said.

State police said that Marilyn Acevedo, 35, of Bridgeport, was northbound when she lost control of her Jeep, swerving over the median and striking O'Connell's Honda. Acevedo's Jeep rolled over in the direction of Exit 10, where it collided with another car driven by Nancy Sabol, 66, of Canoe Brook Street, Shelton, police said.

Acevedo and O'Connell were both taken to Bridgeport Hospital with injuries, police said. Sabol didn't require medical attention.

Shelton Police Capt. Michael Madden said O'Connell suffered "internal injuries up to and including a ruptured spleen." O'Connell also was bleeding from his head when emergency workers took him to Bridgeport Hospital, where he later underwent surgery, Madden said.

State police also indicated that O'Connell had rib, head and internal injuries.

Bridgeport Hospital spokesman John Capiello said that O'Connell was listed in critical condition Wednesday. Acevedo, who state police said had "body pain" following the crash, was treated and released, Capiello said.

The crash is under investigation by the State Police Troop G barracks in Bridgeport. Police would not say if charges were expected

There was a somber mood around the Shelton Police Department Wednesday as officers awaited word on their injured colleagu

"We're just kind of in a holding pattern," Madden said, "We're all extremely concerned and we're just praying along with the f he makes a speedy recovery."

O'Connell is the patrol supervisor for the midnight shift, and was promoted to sergeant after six years on the force, Madden sai

A former crime prevention officer who participates annually in the Torch Run for the Special Olympics, O'Connell ranked num the sergeant's test last year and was promoted on Jan. 12. Born in Washington, D.C., O'Connell grew up in Cresskill, N.J., and bachelor's degree in business management from Albright College.

Before joining the Shelton Police Department, O'Connell worked in marketing as a senior information specialist for the Direct Association and as a research assistant for Find/SVP.

Sarah W. Walker can be reached at swalker@nhregister.com, or 734-2813.

