HONORABLE W. W. Egintoy  Civ-JurySel(April 12, 2004)
DEPUTY CLERK D. Candee   RPTR/ERO/TAPE S. Baldwin

TOTAL TIME: 3 hours 25 minutes

DATE 12/12/05   START TIME 9:40am   END TIME 1:05pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

R. Paskowski
vs.
P. Kirpas

CIVIL NO. 3:03 CV 717 (WWE)

Richard Marquette
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Michael C. Conroy
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
☑ ☑ Jury Selection held  ☐ Jury Selection continued until _____
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☑ 60 # jurors present
☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised (See attached)
☑ Jury of 8 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ Remaining jurors excused
☐ Discovery deadline set for _____
☐ Disposition Motions due _____
☐ Joint trial memorandum due _____
☐ Trial continued until 12/14/05 at 9:00 a.m.

☑ COPY TO: JURY CLERK