UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

RAYMOND PASZKOWSKI,
Plaintiff

VS.                                         CIVIL NO. 3:03CV00717(WWE)

PHILIP KIRPAS,
WILLIAM KESBARIAN,
RYAN O'CONNEL AND
EDWARD DOBBINS
Defendants

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

The defendant proposes that the following questions be asked by the Court of the prospective jurors on the panel during <u>voir dire</u>:

1. Are you, or are any friends or family members associated with any police department?

2. Have you or any family members or friends, been involved in a lawsuit?

3. If the answer is yes, was the lawsuit resolved to your satisfaction?

4. This case involves allegations of excessive force by police officers in the course of a lawful arrest. Is there something about a claim of that sort that would make you feel you could not sit as a juror?

5. Have you or any family members or friends, been employed by a municipality?

6. Have you or any family members or friends, been employed by a police department?

7. This case involves testimony of police officers. Would you give more or less credibility to police officers when they testify?

8. Do you believe that people who bring lawsuits should necessarily be awarded money just for bringing the lawsuit?

9. Have you or any family members or friends, ever been involved in any way with the City of Shelton, or the Shelton Police Department?

10. Have you or any family members or friends, ever been involved in any way with the City of Stratford, or the Stratford Police Department?

11. Do you believe that anyone who sustains a physical injury during the course of an arrest should automatically be entitled to recover money from the police officers involved in the arrest?

12. Do you have any strong opinions one way or the other about police officers that might effect your ability to remain impartial in this matter?

13. If you find, after hearing all of the evidence and the Judge's instructions on the law, that plaintiff has not met his burden of proof on all elements of his claim, would you have any problem returning a defense verdict?

DEFENDANTS:

By: _____
Michael C. Conroy
**Gordon, Muir and Foley, LLP**
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. CT22254

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record on December 12, 2005.


Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

_____
Michael C. Conroy