United States District Court
District of Connecticut
FILED

12/12/05

By D. Cander

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

| | |
|---|---|
| RAYMOND PASZKOWSKI,<br>　　　Plaintiff<br><br>VS.<br><br>PHILIP KIRPAS,<br>WILLIAM KESBARIAN,<br>RYAN O'CONNEL and<br>EDWARD DOBBINS,<br>　　　Defendants | CIVIL NO.: 3:03CV00717 (WWE)<br><br><br><br>DECEMBER 12, 2005 |

### DEFENDANTS' WITNESSES

Raymond Paszkowski, plaintiff

William Kesbarian, defendant

Ryan O'Connel, defendant

Edward Dobbins, defendant

Keeper of Records, Shelton Police Department

Keeper of Records, Stratford Police Department

Officer William Serrano, Shelton Police Department

Jeanne Kuslis, M.D.

::ODMA\RCDOCS\DOCS\407921\1   CORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361   FACSIMILE (860) 525-4849   JURIS No. 24029

1

Dr. Joel Milzoff

Dr. David B. Kalayjian

Officer Lucas, Stratford Police Department

Officer Brideau, Stratford Police Department

Sergeant Joseph J. Kudrak, Shelton Police Department

Sergeant Jolin Youd, Shelton Police Department

Randy Griffin

Representative from Holzner Electric

Representative from Tarala Electric

Representative from Dave Verrilli Electric

Representative from County Electric Construction Inc.

## DEFENDANTS' EXHIBITS

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 501. | Certified copy of June 21, 2001 Plea and Disposition of Charges arising out of November 22, 2000 incident for Stratford Police Department. | |
| 502. | Certified copy of June 21, 2001 Plea and Disposition of Charges arising out of November 22, 2000 incident for Shelton Police Department. | |
| 503. | Shelton Police Case/Incident Report for November 22, 2000 incident involving plaintiff. | |
| 504. | Shelton Police Narration Report dated November 22, 2000 by | |

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
|  | Officer Edward Dobbins. |  |
| 505. | Shelton Police Narration Report dated November 23, 2000 by Officer William Serrano. |  |
| 506. | Shelton Police Case/Incident Report dated December 18, 2000 by Detective Peter Zaksewicz. |  |
| 507. | Stratford Police Department Incident Report dated November 22, 2000 by Officer Lucas. |  |
| 508. | Stratford Police Department Incident Report Narrative Supplement dated December 1, 2000. |  |
| 509. | Shelton Police Department Property Inventory Form dated November 22, 2000. |  |
| 510. | Shelton Police Department Possessed Property Receipt dated November 23, 2000. |  |
| 511. | Notice of Rights dated November 23, 2000. |  |
| 512. | Shelton Police Department Case/Incident Report dated December 6, 2000. |  |
| 513. | Photographs labeled defendants' exhibit 1-24 |  |
| 514. | Arrest Warrant Application dated December 13, 2000. |  |
| 515. | Plaintiff's Application for Employment, CECI dated August 5, 2003. |  |
| 516. | Plaintiff's Application for Employment to Tarala Electric dated August 23, 2002. |  |
| 517. | Ambulance Run Sheet dated November 22, 2000. |  |

::ODMA\PCDOCS\DOCS\407921\1

3

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 518. | Griffin Hospital Medical Records dated November 22, 2000 including laboratory results. | |
| 519. | Excerpts of Medical Records regarding plaintiff from Yale New Haven dated November 24, 2000 through and including November 29, 2000. | |
| 520. | Photograph of Sergeant Philip Kirpas. | |
| 521. | Medical Claim/Records for Sergeant Philip Kirpas dated November 22, 2000. | |
| 522. | Workers' Compensation Voluntary Award to Edward J. Dobbins showing permanent partial injuries to neck and back. | |
| 523. | Deposition Transcript of Raymond Paszkowski | I.D. Only |
| 524. | Plaintiff's Written Discovery Responses | I.D. Only |
| 525. | Plaintiff's Document Production | I.D. Only |
| 526. | Defendants' Written Discovery Responses | I.D. Only |
| 527. | Defendants' Document Production | I.D. Only |

DEFENDANTS:

By: *[signature]*
Michael C. Conroy
**Gordon, Muir and Foley, LLP**
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. CT22254

# CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record on December 12, 2005

Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT  06524

_____
Michael C. Conroy