UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

RAYMOND PASZKOWSKI,
    Plaintiff

VS.                                                                            CIVIL NO.3:03CV00717(WWE)

PHILIP KIRPAS,
WILLIAM KESBARIAN,
RYAN O'CONNEL AND
EDWARD DOBBINS
    Defendants

## DEFENDANT'S PROPOSED JURY INTERROGATORIES

Please answer the following questions before filling out the appropriate verdict form.

    1.     Did Officer Kasbarian exert any physical force upon the plaintiff on November 22, 2000?

        YES    NO

If the answer to #1 is YES, then continue to #2, if the answer to #1 is NO then fill out the Defendant's verdict form with respect to Officer Kasbarian, and continue to #4.

    2.     Was any force exerted by Officer Kasbarian a proximate cause of any personal injuries sustained by plaintiff?

        YES    NO

If the answer to #2 is YES, then continue to # 3; if the answer to #2 is NO, then fill out the Defendant's verdict form with respect to Officer Kasbarian, and continue to #4.

    3.     Was any force exerted by Officer Kasbarian upon plaintiff on November 22, 2000 unreasonable and excessive from the standpoint of a reasonable police officer under the circumstances that existed in that place and

at that time?

        YES   NO

If the answer to #3 is YES, then fill out the plaintiff's verdict form with respect to Officer Kasbarian and continue to #4; if the answer to #2 is NO, then fill out the Defendant's verdict form with respect to Officer Kasbarian, and continue to #4.

    4.    Did Officer Dobbins exert any physical force upon the plaintiff on November 22, 2000?

        YES   NO

If the answer to #4 is YES, then continue to #5, if the answer to #4 is NO then fill out the Defendant's verdict form with respect to Officer Dobbins, and continue to #7.

    5.    Was any force exerted by Officer Dobbins a proximate cause of any personal injuries sustained by plaintiff?

        YES   NO

If the answer to #5 is YES, then continue to # 6; if the answer to #5 is NO, then fill out the Defendant's verdict form with respect to Officer Dobbins, and continue to #7.

    6.    Was any force exerted by Officer Dobbins upon plaintiff on November 22, 2000 unreasonable and excessive from the standpoint of a reasonable police officer under the circumstances that existed in that place and at that time?

        YES   NO

If the answer to #6 is YES, then fill out the plaintiff's verdict form with respect to Officer Dobbins and continue to #7; if the answer to #6 is NO, then fill out the Defendant's verdict form with respect to Officer Dobbins, and continue to #7.

    7.    Did Officer O'Connell exert any physical force upon the plaintiff on November 22, 2000?

        YES   NO

If the answer to #7 is YES, then continue to #8, if the answer to #7 is NO then fill out the Defendant's verdict form with respect to Officer O'Connell, and stop.

    8.    Was any force exerted by Officer O'Connell a proximate cause of

any personal injuries sustained by plaintiff?

      YES   NO

If the answer to #8 is YES, then continue to # 9; if the answer to #8 is NO, then fill out the Defendant's verdict form with respect to Officer O'Connell, and stop.

    9.    Was any force exerted by Officer O'Connell upon plaintiff on November 22, 2000 unreasonable and excessive from the standpoint of a reasonable police officer under the circumstances that existed in that place and at that time?

      YES   NO

If the answer to #9 is YES, then fill out the plaintiff's verdict form with respect to Officer O'Connell and stop; if the answer to #9 is NO, then fill out the Defendant's verdict form with respect to Officer O'Connell, and stop.

DEFENDANTS:

By: _____
Michael C. Conroy
**Gordon, Muir and Foley, LLP**
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. CT22254

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record on December 12, 2005.

Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Michael C. Conroy