UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND PASZKOWSKI | : | 3:03-CV-00717 (WWE) |
| | : | |
| v. | : | |
| | : | |
| PHILIP KIRPIS ET AL | : | DECEMBER 12, 2005 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance for the PLAINTIFF, RAYMOND PASZKOWSKI, in this matter. This appearance is in lieu to that of Attorney Norman A. Pattis, whose appearance is already on file with this Court.

Respectfully submitted,

RICHARD C. MARQUETTE, ESQ.
Marquette Law Partners, LLP
60 Washington Avenue
Hamden, CT 06518
(203) 288-6293
(203) 288-0283 (FAX)
Fed. Bar No. CT 07585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing was hand-deliverd on this 12th day of December, 2005, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut to:

Michael Conroy, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06016

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis, Esq.
649 Amity Road
POBox 280
Bethany, CT 06524

_____
RICHARD C. MARQUETTE