UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: DORIS AIKEN FORD

CIVIL ACTION NO.
3:05CV1091 JCH

| | |
|---|---|
| DORIS AIKEN FORD ) | |
| ) | |
| APPELLANT ) | |
| ) | |
| VS. ) | |
| ) | DATE: DECEMBER 14, 2005 |
| W. MARTYN PHILPOT, ESQ ) | |
| APPELLEE ) | |

**A letter to Judge Hall:**

**To the Honorable Judge Hall.**

**I am in receipt of your order**: Dated November 21, 2005, I received the mail on November 26, 2005.

On December 7, 2005, I filed a Motion for Reconsideration of the Ruling, dated November 21, 2005. I did not know how long I had to file the Motion for Reconsideration. I have a hardship.

The Hardship:

My brother-in-law name Harry Doctor was killed in an automobile accident in Trenton New Jersey where he and my Mary Doctor sister lived. Harry's

1

funeral was Thursday, December 8, 2005 at 11:00am in Trenton New Jersey. I was four days late, because of this tragedy finishing up the writing of my Motion, I did the best I could. I stopped at the court on my way to New Jersey to attend the funeral of Harry. On December 7, 2005, and filed the Motion for Reconsideration.

I ask this court for another consideration to accept my Motion as timely, and vacate the Judgment filed on December 6, 2005. Please review the Motion for Reconsideration by Doris Ford. I just could not get my paper written after the news of Harry's accident and unti,ely death there were arrangements to be made.

Judge Hall, I thank you for your Reconsideration, my case do have merit and I believe I do have a right to present it.

Enclosed is a copy of Harry Doctor funeral Service Program. My name in the program is listed as my middle name "Nadean" Doris Nadean Aiken ford the way my sister author the name.

Respectfully,

*Doris Nadean Aiken Ford*

Doris Nadean Aiken Ford.

cc: Attorney Steven Mackey
    Attorney Marc Glenn

2

# Sacred Journey
## Of
### *Deacon Harry Doctor, Sr.*
### "Deacon Doc"

Sunrise  
August 28, 1954

Sunset  
November 30, 2005



- Services -

Thursday, December 8, 2005  
11:00 A.M.

Trenton Deliverance Center  
1100 South Clinton Avenue  
Trenton, New Jersey

Reverend Mark A. Broach, Pastor  
Officiating

---

**Pallbearers**  
Male Chorus  
Son & Nephews

**Flower Bearers**  
Nieces

**Acknowledgement**

The family of the late  
**Deacon Harry Doctor, Sr.,**  
expresses this thought......  
Perhaps you sang a lovely song  
or sat quietly in a chair  
Perhaps you sent beautiful flowers,  
if so, we saw them there.  
Perhaps you sent or spoke kind words,  
as any friend could say,  
Perhaps you prepared some tasty food,  
or maybe furnished a car;  
Perhaps you rendered a service unseen,  
near at hand or from afar;  
just thought of us that day.  
Whatever you did to console our hearts,  
We thank you so much whatever the part.

 

**The Doctor Family**

Professional Services By:  
*Anderson Funeral Service*  
*300 North Willow Street*  
*Trenton, New Jersey*  
Crystal Anderson Singleton, Mgr.  
Arthur H. Anderson, Jr., Senior Director

---

*(fragments from opposite page edge:)*

ed,

e to mind  
name.  
ur lives,  
same.  
forget those days  
dren,  
ed in you,  
smile.  
rget those days  
ou  
our lives,  
es blue.  
our voice  
face  
..  
n erased.  
sent you to do  
ne my son,"  
ng now  
we won

ce

s we draw upon

lis love...

d,

## Order of Service

...............Family and Clergy

..................Rev. Pam Taylor

"Precious Lord"

1 121

mothy 4:6-8

..............(Three minutes please)

...............Jason Doctor (Nephew)
Amy Littles (Niece)

bituary

............... Pastor A. Mark Broach

...............Ewing Cemetery
Ewing, New Jersey

drivers please turn car headlights
n the procession to the cemetery.



ng the Interment, please join the
dining hall of the Church
hip and refreshments.

## Obituary

Deacon Harry Doctor, Sr., affectionately known as "**Deacon Doc**," was the sixth of eleven children born to the late Samuel and Rebecca Doctor, on August 28, 1954 in Holly Hill, South Carolina. The family relocated to Newark, New Jersey in 1963. On Wednesday, November 30, 2005, **Deacon Harry** made his **Sacred Journey**.

**Deacon Doctor** accepted the Lord Jesus Christ at an early age; and thereafter became a member of the United Missionary Baptist Church in Newark. There, he served faithfully as a member of the choir and the Usher Board.

Early elementary education was at 14th Avenue School in Newark. He graduated from Frank H. Morrell High School in Irvington, New Jersey. In 1977, he graduated from Monmouth College with a Bachelor of Science Degree in Biology. With a devoted work ethic that was evident in and out of Church, **Deacon Doc** previously worked at a Process Research for many years.

**Harry** was happily married to Mary A. Barnwell on May 13, 1979. This union bore two children, Harry Jr. and LeaTrice Joy.

Later, the family relocated to Trenton, New Jersey in 1985. They joined Trenton Deliverance Center in 1990. **Deacon Doc** was a member of the Male Chorus, Superintendent of the Sunday School and Sunday School Teacher for the adult class. He was also President of the School Board for the Church School Perkins Christian Institute. Before being ordained as a Deacon in 1995, **Harry** was a **true servant** of the Lord. His dedication of servitude ranged from a Sexton to an Aide to the Pastor. He was committed to whatever task was at hand.

**Deacon Harry** enjoyed family, basketball, fishing, photography, and most importantly serving the Lord.

**Deacon Harry** was preceded in death by his parents, Samuel and Rebecca Doctor, one brother, John Henry, and sister, Clarissa. He leaves to cherish precious memories, his loving wife of twenty-six years, Mary; a son, Harry, Jr; a daughter, LeaTrice of Trenton; a godmother, Eliza Bryant of Newark, NJ; seven sisters, Annie (Gene) Petty, Evangelist Betty White, and Emmaline Doctor, all of Glenwood, NJ, Irene Doctor of Lansdale, PA, Mamie (Minister Greg) Davis of Maplewood, NJ, Dorothy (Rev. Brian) Clater of El Cajon, CA, and Viola Stroud of Eagle River, AK; one brother, Willie (Audrey) Doctor of Howell, NJ; three brothers-in-law, John Barnwell, Jr. and Eddie (Denise) Barnwell of Willingboro, NJ and Milton (Linda) Barnwell of Warner Robbins, GA; three sisters-in-law, Nadine (Calvin) Tatum of Hartford, CT, Claudia (Melvin) Hearns of Willingboro, NJ, Elizabeth Barnwell of Trenton, NJ; three uncles; eleven aunts; and a host of nieces, nephews, cousins and friends.

## - A Precious One is Gone -

A precious one from us is gone,
A voice we loved is still
A place is vacant in our hearts,
That never can be filled.
Sometimes it's hard to understand,
Why some things have to be;
But in His wisdom, God has planned
beyond our power to see.
So looking back in tenderness,
Along the paths we trod;
We cherish the years we had with
Deacon Harry and leave the rest to God.
It's hard to part with one so dear,
With little thought the time was near
Farewell, Deacon Harry,
Your life has passed,
Our love for you, till the end will last.

Lovingly Submitted,
- The Family -

## Afterglow

I'd like the memory of me to
be a happy one.
I'd like to leave an afterglow of smiles
when life is done.
I'd like to leave an echo whispering
softly down the ways,
of happy times and laughing times
and bright and sunny days.
I'd like the tears of those who grieve,
to dry before the sun
of happy memories that I leave
when my life is done.

Love
"Deacon Doc"