CT/cvtrial (October 17, 2001)

TOTAL TIME: 6 hours 45 minutes
DEPUTY CLERK D. CANDEE    HONORABLE W.W. EGINTON    RPTR/ERO/TAPE S. BALDWYN
DATE 12/14/05    START TIME 9:05am    END TIME 5:05pm
LUNCH RECESS FROM 12:50pm TO 2:05pm
RECESS FROM _____ TO _____ (if more than 1/2 hour)

R. PASZKOWSKI
    vs.
P. KIRPAS

CIVIL NO. 3:03CV717(WWE)

Plaintiffs Counsel: Richard Marquette
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: Michael C. Conroy

JURY ~~COURT~~ TRIAL

Jury of ___ report (see attached) ☐ Jury sworn
☑ Jury Trial held  ☑ Jury Trial continued until 12/15/05 at 9:00a.m.
☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion IN limine _____ ☐ granted ☐ denied ☑ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____  Deft _____  Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)