TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK D. CANDEE    HONORABLE W.W. EGINTON    CT/cvtrial (October 17, 2001)
RPTR/ERO/TAPE R. Falcone

DATE 12/15/05    START TIME 9:05am    END TIME 6:15
LUNCH RECESS FROM 12:45 TO 1:45
RECESS FROM ___ TO ___ (if more than 1/2 hour)

R. PASZKOWSKI
vs.
P. KIRPAS

CIVIL NO. 3:03CV717(WWE)

Richard Marquette
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Michael C. Conroy
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ .......    Jury of ___ report (see attached) ☐ Jury sworn
☑ .......    ☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ .......    ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc.    Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm...Deft    Oral Motion for directed verdict    ☐ granted ☒ denied ☐ advisement
☐ oralm.....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm.....    Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm.....    Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
                                                      ☐ filed ☐ docketed
☑ .......    ☑ Plaintiff(s) rests  ☑ Defense rests 3:05
☐ .......    Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☒ .......    ☒ Summation held ☒ Court's Charge to the Jury 4:10-4:40
☒ .......    All full exhibits, ☒ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☒ .......    Jury commences deliberations at 4:45
☐ .......    Court orders Jury to be fed at Govt. expense (see attached bill)
☒ .......    SEE ☒ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ . . . . . . . .   Court declares MISTRIAL

☑ jyv . . . . . . .   Verdict Form filed

☑ . . . . . . . .   VERDICT: _in favor of all defendants as against the plaintiff_

☐ . . . . . . . .   Court accepts verdict and orders verdict verified and recorded

☒ . . . . . . . .   Jury polled

## MISCELLANEOUS PROCEEDINGS