# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI           :   3:03-CV-00717 (WWE)
                             :
v.                           :
                             :
PHILIP KIRPIS, ET AL.        :   DECEMBER 14, 2005

## PLAINTIFF'S EXHIBITS

| # | DESCRIPTION | admitted |
|---|---|---|
| 1. | Series of 17 photographs of the plaintiff (Joint 1) | ✓ |
| 2. | Medical records – Griffin Hospital | ✓ |
| 3. | Medical records - Yale New Haven Hospital | |
| 4. | Medical records - Temple recovery center | |
| 5. | Medical records - Connecticut VNA medical records | |
| 6. | Medical records – Yale Orthopedic | |
| 7. | Medical records – Dr. Michael Baumgaertner | |
| 8. | Medical Bill - Griffin Hospital | ✓ |
| 9. | Medical Bill – Yale New Haven Hospital | ✓ |
| 10. | Medical Bill - Ambulance (AMR) | ✓ |
| 11. | Medical Bill - Yale Faculty Practice | ✓ |
| 12. | Medical Bill - New haven Rhumetology bill | |
| 13. | Medical Bill – Yale Radiology | |

Rec'd dy of ms exhibit RM Azur