FILED  UNITED STATES DISTRICT COURT

2005 MAR 14 A 10: 02  DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI,
US DISTRICT COURT
BRIDGEPORT PLAINTIFF

VS.                                              NO. 3:03CV00717 (WWE)

PHILIP KIRPAS, ET AL

DEFENDANTS                        MARCH 14, 2005

United States District Court
District of Connecticut
FILED AT         BRIDGEPORT
12/15/05
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

## PLAINTIFF'S PRE-TRIAL MEMORANDUM

**I    Trial Counsel**

Plaintiff:     Norman Pattis and Kimberly Waisonovitz
               649 Amity Road
               Bethany, CT 06524

Defendants:   Patty G. Swan
              Gordon, Muir and Foley, LLP
              Ten Columbus Blvd.
              Hartford, CT 06106-1976

**II   Jurisdiction**

Federal question.

**III  Jury Election**

The plaintiff elects trial by jury.

**IV   Length of Trial**

Two days.

**V.   Further Proceedings**

None anticipated.

**VI   Nature of the Case**

The plaintiff contends that he was assaulted by polices during the course of an

arrest and that he suffered a broken hip and other serious physical injuries. The defendants contend that the plaintiff resisted arrest and that any injury he suffered was the result of a fall. The defendants further contend that any force they used was reasonable and that they are entitled to qualified immunity.

**VII   Witnesses**

*TT 12/14/05* 1. Raymond Pazkowski will testify about his apprehension, lack of resistance and injuries. *Shelton, CT*

*TT 12/14/05* 2. Officer William Kasbarian will testify about his role in the apprehension of the plaintiff, and his training in the use of force. *Shelton PD*

*TT 12/14/05* 3. Ryan O'Connel will testify about his role in the apprehension of the plaintiff, and his training in the use of force. *Shelton PD*

*TT 12/14/05* 4. Edward Dobbins will testify about his role in the apprehension of the plaintiff, and his training in the use of force. *Shelton PD*

5. Records Custodian, Griffin Hospital, will authenticate hospital records and bills arising from treatment of the plaintiff for injuries arising from his apprehension.

6. Records Custodian, Yale-New Haven Hospital, will authenticate hospital records and bills arising from treatment of the plaintiff for injuries arising from his apprehension.

7. Records Custodian, office of Dr. Michael Baumgaertner, will authenticate hospital records and bills arising from treatment of the plaintiff for injuries arising from his apprehension.

*TT 12/14/05* 8. Kazimiera Paszkowski, 19 Cathy Drive, Shetlon, will testify about her

observations of the defendants at the time her son was injured and her son's pain and suffering.

TT 12/15/05  9. ELIZABETH PUGLISI - SISTER OF PLAINTIFF

### VIII   Exhibits

1. Nine color photographs of the plaintiff taken shortly after the assault.
2. Bill, Yale Faculty Practice: $ 6,567
3. Bill, Griffin Hospital: $1,324.37
4. Bill, Yale-New Haven Hospital: $32,789.90
5. Bill, Yale Diagnostic Radiology: $246
6. Bill, Connecticut Radiology Associates: $67
7. Bill, New Haven Rheumatology: $225

### IX   Proposed Voir Dire

1. This is a lawsuit for civil rights violations brought by a citizen against police officers. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

4. Have you or anyone close to you ever been employed as a policeman or by any law enforcement agency in any capacity? If so, please explain.