United States District Court
District of Connecticut
FILED AT _____ BRIDGEPORT
12/15/05
_____ 20
Kevin F. Rowe, Clerk
By /s/ D. Candee
Deputy Clerk

United States District Court
District of Connecticut
FILED AT _____
12/12/05
/s/ D. Candee

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### At Bridgeport

| | |
|---|---|
| RAYMOND PASZKOWSKI,<br>Plaintiff | CIVIL NO.: 3:03CV00717 (WWE) |
| VS. | |
| PHILIP KIRPAS,<br>WILLIAM KESBARIAN,<br>RYAN O'CONNEL and<br>EDWARD DOBBINS,<br>Defendants | DECEMBER 12, 2005 |

## DEFENDANTS' WITNESSES

Raymond Paszkowski, plaintiff   12-15-05

William Kesbarian, defendant   12/14/05

Ryan O'Connel, defendant   12/14/05

Edward Dobbins, defendant   12/14/05 — 12/15/05

Keeper of Records, Shelton Police Department

Keeper of Records, Stratford Police Department

Δ 12/15/05   Officer William Serrano, Shelton Police Department   Shelton, CT.

Δ 12/15/05   Jeanne Kuslis, M.D. -

12/15   By video   Dr.

::ODMA\RCDOCS\DOCS\407921\1
1
ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24020

Δ 12/15/05 Dr. Joel Milzoff — Glastonbury Ct.

12/15/05 Dr. David B. Kalayjian  by Video

Δ 12/15/05 Officer Lucas, Stratford Police Department   Stratford, CT.

Δ 12/15/05 Officer Brideau, WILLIAM Stratford Police Department   Stratford, CT

Sergeant Joseph J. Kudrak, Shelton Police Department

Sergeant Jolin Youd, Shelton Police Department

Randy Griffin

Representative from Holzner Electric

Representative from Tarala Electric

Representative from Dave Verrilli Electric

Representative from County Electric Construction Inc.

12-15-05 Dr. Daniel Kalayjian by Video

## DEFENDANTS' EXHIBITS

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| ✓ 501. Full 12/14/05 | Certified copy of June 21, 2001 Plea and Disposition of Charges arising out of November 22, 2000 incident for Stratford Police Department. | |
| ✓ 12/14/05 502. Full | Certified copy of June 21, 2001 Plea and Disposition of Charges arising out of November 22, 2000 incident for Shelton Police Department. | |
| ✓ 12/14/05 503. Full | Shelton Police Case/Incident Report for November 22, 2000 incident involving plaintiff. | |
| ✓ 12/14/05 504. Full | Shelton Police Narration Report dated November 22, 2000 by | |

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| | Officer Edward Dobbins. | |
| Full 505. 12/14/05 | Shelton Police Narration Report dated November 23, 2000 by Officer William Serrano. | |
| Full 506. 12/14/05 | Shelton Police Case/Incident Report dated December 18, 2000 by Detective Peter Zaksewicz. | |
| Full 507. 12/15/05 | Stratford Police Department Incident Report dated November 22, 2000 by Officer Lucas. | |
| Full 508. 12/15/05 | Stratford Police Department Incident Report Narrative Supplement dated December 1, 2000. | |
| Full 509. 12/14/05 | Shelton Police Department Property Inventory Form dated November 22, 2000. | |
| Full 510. 12/14/05 | Shelton Police Department Possessed Property Receipt dated November 23, 2000. | |
| Full 511. 12/14/05 | Notice of Rights dated November 23, 2000. | |
| Full 512. 12/14/05 | Shelton Police Department Case/Incident Report dated December 6, 2000. | |
| Full 513. 12/14/05 | Photographs labeled defendants' exhibit 1-24 | |
| Full 514. 12/14/05 | Arrest Warrant Application dated December 13, 2000. | |
| Full 515. 12/14/05 | Plaintiff's Application for Employment, CECI dated August 5, 2003. | |
| 516. 12/14/05 | Plaintiff's Application for Employment to Tarala Electric dated August 23, 2002. | |
| Full 517. 12/14/05 | Ambulance Run Sheet dated November 22, 2000. | |

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 518. | Griffin Hospital Medical Records dated November 22, 2000 including laboratory results. | |
| 519. | Excerpts of Medical Records regarding plaintiff from Yale New Haven dated November 24, 2000 through and including November 29, 2000. | |
| 520. | Photograph of Sergeant Philip Kirpas. | |
| 521. | Medical Claim/Records for Sergeant Philip Kirpas dated November 22, 2000. | |
| 522. | Workers' Compensation Voluntary Award to Edward J. Dobbins showing permanent partial injuries to neck and back. | |
| 523. | Deposition Transcript of Raymond Paszkowski | I.D. Only |
| 524. | Plaintiff's Written Discovery Responses | I.D. Only |
| 525. | Plaintiff's Document Production | I.D. Only |
| 526. | Defendants' Written Discovery Responses | I.D. Only |
| 527. | Defendants' Document Production | I.D. Only |

[Handwritten annotations: "12/15/05 ID" next to 518; "Full Joint 12/14/05" next to 519; "12-15-05 Dobbins" next to 520; "full 12/15 Dobbins" next to 521; "full 12/15 Dobbins" next to 522; "△ 12/14/05 528. VERIFIED COMPLAINT" and "529" below table]

DEFENDANTS:

By: /s/ Michael C. Conroy
**Gordon, Muir and Foley, LLP**
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. CT22254

# CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record on December 12, 2005

Norman A. Pattis, Esquire
Law Offices of Norman Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT  06524

Michael C. Conroy