UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

Dec 15, 2005
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

RAYMOND PASZKOWSKI, : 3:03cv00717 (WWE)
    Plaintiff :
  v. :
  :
WILLIAM KASBARIAN, :
RYAN O'CONNELL and EDWARD DOBBINS, :
    Defendants :
  : December 15, 2005

### SPECIAL VERDICT FORM

1. Did the plaintiff prove by a preponderance of the evidence that defendant Kasbarian used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____   No____X____

2. Did the plaintiff prove by a preponderance of the evidence that defendant O'Connell used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____   No____X____

3. Did the plaintiff prove by a preponderance of the evidence that defendant Dobbins used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____   No____X____

If your answer to the above questions is "Yes" as to one, two or all defendants, please proceed to the next question. If your answer to the above question is "No" as to all defendants, then your deliberations are at an end. The Foreperson should sign and date the form of verdict.

Foreperson: Andrea E. Olnesd     Date: 12·15·00

4. Do you find that the acts or omissions of one, two or all of the defendants were a proximate cause of injuries to the plaintiff?

   Kasbarian  Yes_____        No_____

   O'Connell  Yes_____        No_____

   Dobbins    Yes_____        No_____

**If you answered "Yes" to as to one, two or all of the defendants in question 4, you must consider what damages are due the plaintiff as a result of use of excessive force.**

5. Under the law as given to you in these instructions, state the amount of compensatory or nominal damages the plaintiff should be awarded:

   $_____

6. You may only assess punitive damages against that defendant or those defendants against whom you have awarded compensatory or nominal damages. Do you find that an award of punitive damages is appropriate against one, two or all of the defendants?

   Yes _____        No_____

State the amount of punitive damages, if any, you assess against one, two or all of the defendants:

   Kasbarian $_____

   O'Connell $_____

   Dobbins   $_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT        BRIDGEPORT
Dec 15            2005
Kevin F. Rowe, Clerk
By: _____ Krajcic
         Deputy Clerk

RAYMOND PASZKOWSKI,
    Plaintiff
v.

WILLIAM KASBARIAN,
RYAN O'CONNELL and EDWARD DOBBINS,
    Defendants

3:03cv0717 (WWE)

December 15, 2005

### SPECIAL VERDICT FORM

1. Did the plaintiff prove by a preponderance of the evidence that defendant Kasbarian used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____    No____X____

2. Did the plaintiff prove by a preponderance of the evidence that defendant O'Connell used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____    No____X____

3. Did the plaintiff prove by a preponderance of the evidence that defendant Dobbins used excessive force in violation of plaintiff's Fourth Amendment rights?

    Yes_____    No____X____

If your answer to the above questions is "Yes" as to one, two or all defendants, please proceed to the next question. If your answer to the above question is "No" as to all defendants, then your deliberations are at an end. The Foreperson should sign and date the form of verdict.

4. Do you find that the acts or omissions of one, two or all of the defendants were a proximate cause of injuries to the plaintiff?

    Kasbarian  Yes_____    No_____

    O'Connell  Yes_____    No_____

    Dobbins    Yes_____    No_____

If you answered "Yes" to as to one, two or all of the defendants in question 4, you must consider what damages are due the plaintiff as a result of use of excessive force.

5. Under the law as given to you in these instructions, state the amount of compensatory or nominal damages the plaintiff should be awarded:

    $_____

6. You may only assess punitive damages against that defendant or those defendants against whom you have awarded compensatory or nominal damages. Do you find that an award of punitive damages is appropriate against one, two or all of the defendants?

    Yes _____        No_____

State the amount of punitive damages, if any, you assess against one, two or all of the defendants:

    Kasbarian  $_____

    O'Connell  $_____

    Dobbins    $_____

The Foreperson should sign and date the form of verdict.

_Andrea E. [signature]_    _12·15·00_
Foreperson                 Date