UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAYMOND PASZKOWSKI

v.  3:03cv717 WWE

WILLIAM KESBARIAN, RYAN O'CONNEL
and EDWARD DOBBINS

## JUDGMENT

This matter came on for trial before a jury and the Honorable Warren W. Eginton, Senior United States District Judge.   On December 15, 2005, after deliberation, the jury returned a verdict in favor of the defendants.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 21st day of December, 2005.

KEVIN F. ROWE, Clerk

By_____/s/Chrystine W. Cody_____
Deputy-in-Charge

Entered on Docket _____